UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
No.: 1:06-cv-00993-NCT-WWD

| | |
|---|---|
| CAPITOL RECORDS, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Angel Moffitt, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the Court on Plaintiffs' Motion to Dismiss without Prejudice. Having reviewed the Motion and being fully advised, the Court FINDS that good cause exists to dismiss the above-referenced case without prejudice, with each party to bear its own costs and fees and SO ORDERS.

This the day of December 28, 2007

    /s/ N. Carlton Tilley, Jr.
United States District Judge